# EXHIBIT A

## Bank of America Claim Denial Letter and Provisional Credit Reversal Notice

 **BANK OF AMERICA**

Claims Resolution, TX2-979-02-53
PO Box 660306
Dallas TX  75266-0306

Update On Your Claim

**Account ending in** 5536
**Date** June 4, 2026
**Claim number:** 260423537331
**Amount:** $983.50

# Benjamin, we're unable to approve your recent claim.

Our research included the information you provided with your claim, your account history, the monthly account statements we sent you and if available, information from the merchant, such as a signed receipt or contract. We made this decision because:

TD BANK ORLANDO FL provided documentation showing the transaction is valid, and we've included it for your records.

If you have additional details or supporting documents related to this dispute, please contact us as soon as possible.

## What's next

The credit(s) for $983.50 that was applied to your account will be removed on June 18, 2026, along with any credit(s) for fees related to this claim - you'll see the adjustment(s) on your monthly statement.

## For updates on your claim

If you'd like copies of the documents we used to make this decision, please call us at 1.877.337.4230, Monday through Friday, from 8 a.m. to 5 p.m. Eastern. Please have your claim number when you call.

## Thank you for your patience during our review.



For Internal Use Only

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation. Bank of America, N.A. Member FDIC.

NOTDEPCLM 1007

Case 6:26-cv-01354-AGM-DCI    Document 1-1    Filed 06/22/26    Page 3 of 4 PageID 13

CB-782438107-01

```
REPORT : SMB0247E - 00                        SETTLEMENT MANAGER                              PAGE :   25,046
                                           ACQUIRER ACTIVITY REPORT                        CYCLE DATE : 04/15/26
ACQUIRER ENTITY: W04                              TD BANK
   GROUP/REGION:        /
   ORIGINATOR:
ATM TERMINAL ID: TW04C025
TERMINAL ADDRESS: 2401 S ORANGE AVE        ORLANDO        FL
```

| PRIMARY ACCT NUM NTWK SHARING ID | DATE CLASS ISSUER | TIME AUTH ENTITY | SI CDIM | TRAN CD/DESCR ACQ SEQ ACQ BUS ISS SEQ ISS BUS FROM ACCOUNT | RESP CD/DESCR STL ACQ RTTN BAT ISS RTTN PPQ TFQ TO ACCOUNT | FEES | CURRENCY | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3371 | 04/15 | 15:58:27 | | 200001-B/DEP TO CK | 000/APPROVED 1 | NCD/TSUR: | 0.00CR TRAN: 840 | 1,000.00DR |
| ONUS | 00 | 031793 | 5 | 000000003286 04/15 | 9840149244 | PROC: | 0.000CR SETL: 840 | 1,000.00DR |
| | W04 | | | 04/15 | 9840149244 M D | TRAN: | 0.000CR FROM: 840 | 0.00CR |
| | | | 5 | | | NCD/SSUR: | 0.00CR TO : 840 | 0.00CR |
| 3521 | 04/15 | 16:02:33 | | 200001-B/DEP TO CK | 000/APPROVED 1 | NCD/TSUR: | 0.00CR TRAN: 840 | 500.00DR |
| ONUS | 00 | 586558 | 5 | 000000003287 04/15 | 9840149244 | PROC: | 0.000CR SETL: 840 | 500.00DR |
| | W04 | | | 04/15 | 9840149244 M D | TRAN: | 0.000CR FROM: 840 | 0.00CR |
| | | | 5 | | | NCD/SSUR: | 0.00CR TO : 040 | 0.00CR |
| 8087 | 04/15 | 16:05:18 | | 200001-B/DEP TO CK | 000/APPROVED 1 | NCD/TSUR: | 0.00CR TRAN: 840 | 300.00DR |
| ONUS | 00 | 238193 | 5 | 000000003288 04/15 | 9840149244 | PROC: | 0.000CR SETL: 840 | 300.00DR |
| | W04 | | | 04/15 | 9840149244 M D | TRAN: | 0.000CR FROM: 840 | 0.00CR |
| | | | 5 | | | NCD/SSUR: | 0.00CR TO : 840 | 0.00CR |
| 7263 | 04/15 | 16:13:43 | | 100100 /WD FROM CK | 102/SUSPECT FRAUD 1 | NCD/TSUR: | 0.00CR TRAN: 840 | 1,000.00CR |
| PLUS | 00 | | 7 | 000000003289 04/15 | 9840149244 | PROC: | 0.000CR SETL: 840 | 0.00CR |
| | PLUS | | | 04/15 | 9080002202 M D | TRAN: | 0.000CR FROM: 840 | 0.00CR |
| | | | 5 0 | | 0 | NCD/SSUR: | 0.00CR TO : 840 | 0.00CR |
| 7263 | 04/15 | 16:14:52 | | 103100 /WD FROM CC | 102/SUSPECT FRAUD 1 | NCD/TSUR: | 0.00CR TRAN: 840 | 500.00CR |
| PLUS | 00 | | 7 | 000000003290 04/15 | 9840149244 | PROC: | 0.000CR SETL: 840 | 0.00CR |
| | PLUS | | | 04/15 | 9080002202 M D | TRAN: | 0.000CR FROM: 840 | 0.00CR |
| | | | 5 0 | | 0 | NCD/SSUR: | 0.00CR TO : 840 | 0.00CR |
| 7263 | 04/15 | 16:15:22 | | 100100 /WD FROM CK | 102/SUSPECT FRAUD 1 | NCD/TSUR: | 0.00CR TRAN: 840 | 500.00CR |
| PLUS | 00 | | 7 | 000000003291 04/15 | 9840149244 | PROC: | 0.000CR SETL: 840 | 0.00CR |
| | PLUS | | | 04/15 | 9080002202 M D | TRAN: | 0.000CR FROM: 840 | 0.00CR |
| | | | 5 0 | | 0 | NCD/SSUR: | 0.00CR TO : 840 | 0.00CR |
| 7869 | 04/15 | 16:34:09 | | 100100 /WD FROM CK | 000/APPROVED 1 | NCD/TSUR: | 3.50CR TRAN: 840 | 983.50CR |
| CIRRUS/MSO | 00 | 123942 | 7 | 000000003292 04/15 | 9840149244 | PROC: | 0.000CR SETL: 840 | 983.50CR |
| | CIRRUS | | | 04/15 | 9080002260 M D | TRAN: | 0.000CR FROM: 840 | 0.00CR |
| | | | 5 0 | | 0 | NCD/SSUR: | 3.50CR TO : 840 | 0.00CR |
| TRACE NUM 003292 SETL DATE 0416 ORIG ID SWI AMT 0.00DR ICF SWI POST DATE 260416 | | | | | | | | |
| 0416 | 04/15 | 16:37:20 | | 100100 /WD FROM CK | 000/APPROVED 1 | NCD/TSUR: | 0.00CR TRAN: 840 | 50.00CR |
| ONUS | 00 | 630857 | 5 | 000000003293 04/15 | 9840149244 | PROC: | 0.000CR SETL: 840 | 50.00CR |
| | W04 | | | 04/15 | 9840149244 M D | TRAN: | 0.000CR FROM: 840 | 0.00CR |
| | | | 5 | | 0 | NCD/SSUR: | 0.00CR TO : 840 | 0.00CR |

Internal

merged_file_name

merged_file_name

CB-782438107-02

| ID | Name |
|---|---|
| 000 | Approved = (CASH DISPENSED) |
| 001 | Honor With Identification |
| 002 | Approved For Partial Amount |
| 003 | Approved (VIP) |
| 004 | Approved, Update Track 3 |
| 005 | Approved, Account Type Set By Card Issuer |
| 006 | Approved For Partial Amt, Acct Type Set By Issuer |
| 007 | Approved, Update ICC |
| 009 | Approved with overdraft |
| 010 | Purchase only approval,for purchase with cash back |
| 015 | Valid account but amount not supported |
| 080 | Allowable number of PAN entries warning |
| 081 | Qualified approval;funds not immediately available |
| 100 | Do Not Honor |
| 101 | Expired Card |
| 102 | Suspected Fraud |
| 103 | Card Acceptor Contact Acquirer |
| 104 | Restricted Card |
| 105 | Card acceptor call acquirer's security department |
| 106 | Allowable PIN tries exceeded |
| 107 | Refer to card issuer |
| 108 | Refer to card issuer's special conditions |
| 109 | Invalid Merchant |
| 110 | Invalid Amount |
| 111 | Invalid Card Number |
| 112 | PIN Data Required |
| 113 | Unacceptable Fee |
| 114 | No account of type requested |
| 115 | Requested function not supported |

Internal