# EXHIBIT B

## Bank of America Arbitration
## Amendment and Opt Out Notice

 **Gmail**                                      BENJAMIN TARVER <benjamin16713@gmail.com>

---

## We're updating our Online Banking Service Agreement
2 messages

---

**Bank of America** <customerservice@emcom.bankofamerica.com>            Tue, Apr 7, 2026 at 11:25 AM
Reply-To: Bank of America <reply-7MKYWSM4SKLUHCNTQOCTXMT6A4.50112@emcom.bankofamerica.com>
To: benjamin16713@gmail.com



BANK OF AMERICA

IMPORTANT UPDATE

# We're adding an arbitration provision to your Online Banking Service Agreement — here's what you need to know.

As a reminder, the Online Banking Service Agreement governs your use of our Online and Mobile Banking[1] services.

**PLEASE READ THIS NOTICE CAREFULLY. WE'RE ADDING AN ARBITRATION PROVISION TO YOUR EXISTING ONLINE BANKING SERVICE AGREEMENT — IT CONTAINS AN AGREEMENT TO ARBITRATE AND OTHER IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS, REMEDIES AND OBLIGATIONS.**

THE AGREEMENT TO ARBITRATE REQUIRES (WITH LIMITED EXCEPTION) THAT ALL DISPUTES BETWEEN YOU AND US BE RESOLVED BY BINDING ARBITRATION WHENEVER EITHER PARTY CHOOSES TO SUBMIT A DISPUTE TO ARBITRATION OR EITHER PARTY REFERS A LAWSUIT FILED BY THE OTHER TO ARBITRATION. ADDITIONALLY, (1) YOU'LL ONLY BE PERMITTED TO PURSUE CLAIMS ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING, AND (2) YOU MAY NOT BE ABLE TO HAVE ANY CLAIMS YOU HAVE AGAINST US RESOLVED BY A JURY OR IN A COURT OF LAW.

**Consumers (not a small business) have a right to opt out of this arbitration provision:**
**Consumers must contact us within sixty (60) days of the date of this notice. Consumers can opt out at**

**bankofamerica.com/arbitration-optout** or by calling us at
**800.283.8875.**

Here's a preview of our new Online Banking Service
Agreement
For more details, please preview Section 12 in our new Online
Banking Service Agreement, which includes the arbitration
provision updates starting May 18, 2026.

## Thank you for being our client.



1 Mobile Banking requires that you download the Mobile Banking app and may not be available
  for select mobile devices. Message and data rates may apply.

Please do not reply to this email, as email replies are not monitored.

Contact Us | Privacy | Security

You're receiving this servicing email as part of your existing relationship with us.

Bank of America, PO Box 25118, Tampa, FL 33622.
Bank of America, N.A. Member FDIC. Equal Housing Lender ⌂
©2026 Bank of America Corporation. All rights reserved.

This email was sent to: benjamin16713@gmail.com

MAP8763393 | EMAIL-01-26-2499.A | 03/2026

---

**BENJAMIN TARVER** <benjamin16713@gmail.com>                    Tue, Apr 7, 2026 at 12:25 PM
To: bentarverflorida@gmail.com

Best Regards,

Benjamin D. Tarver
[Quoted text hidden]