**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

|  |  |  |
|---|---|---|
| BENJAMIN D. TARVER, | ) | Case No. |
| Plaintiff, | ) | |
| v. | ) | 6:26-cv-01129-AGM-DCI |
| MORGAN STANLEY SMITH BARNEY LLC, | ) | |
| Defendant. | ) | |

## NOTICE REGARDING APPARENT OMISSION OF REQUIRED ARTIFICIAL INTELLIGENCE CERTIFICATION

Plaintiff respectfully files this Notice to bring to the Court's attention an apparent omission concerning the Court's Standing Order Requiring Disclosure of the Use of Artificial Intelligence (Doc. 12).

On May 28, 2026, the Court entered its Standing Order Requiring Disclosure of the Use of Artificial Intelligence. The Standing Order provides that every filing must contain one of the certifications set forth therein and further provides that filings lacking a required certification may be stricken.

On June 19, 2026, Defendant filed its Motion to Compel Arbitration (Doc. 21). Plaintiff has reviewed that filing and has been unable to locate either of the certifications required by the Standing Order.

-1-

Plaintiff submits this Notice solely to bring this matter to the Court's attention and takes no position regarding what action, if any, the Court should take.

**Certification Under Penalty of Perjury That Artificial Intelligence Was Used in the Preparation of This Filing**

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. Artificial intelligence was used in the preparation of this filing in the following way: Artificial intelligence was used to assist with drafting, editing, formatting, grammar review, and organization of this Notice. However, under penalty of perjury, I certify that before filing, I personally reviewed Rule 11 of the Federal Rules of Civil Procedure and I personally read every case. I understand that if a case upon which I rely does not exist or does not reasonably stand for the cited proposition, the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, that as the person signing this filing I am the person who will be held responsible for its contents even if it was prepared by someone else, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

Respectfully submitted,

BENJAMIN D. TARVER
450 South Orange Ave, 3rd Floor
Orlando, FL  32801
T: 407-308-2968
E: litigation@civilfilings.com

Dated: June 22, 2026                    *Plaintiff, Pro Se*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, I served a true and correct copy of the foregoing document by

U.S. Mail, postage prepaid, on counsel of record for Defendant at the following address:

Roger Handberg
GrayRobinson
301 E. Pine Street
Suite 1400
Orlando, FL 32801

I further certify that, upon docketing by the Clerk, counsel of record who are registered users of the

Court's CM/ECF system may receive electronic notice of this filing through CM/ECF.

BENJAMIN D. TARVER
*Plaintiff, Pro Se*