**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JUN 24 2026 AM9:41
FILED - USDC - FLMD - ORL

| | |
|---|---|
| BENJAMIN D. TARVER, | ) |
| | ) |
| | ) Case No. |
| Plaintiff, | ) |
| | ) |
| v. | ) 6:26-cv-01354-AGM-DCI |
| | ) |
| BANK OF AMERICA, N.A. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**Certification of Compliance With Rule 11**

I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of Artificial Intelligence. With regard to docket entry 1, by my signature below I confirm under penalty of perjury that either (1) artificial intelligence was not used in the preparation of the filing or, (2) if artificial intelligence was used, every cited authority was personally reviewed by the filer in advance of the filing.

Respectfully submitted,

BENJAMIN D. TARVER, Pro Se
450 South Orange Ave, 3rd Floor
Orlando, FL 32801
T: 407-308-2968
E: litigation@civilfilings.com

Dated: June 24, 2026

1