# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

BENJAMIN D. TARVER,                        CASE NO. 26-CV-01354-AGM-DCI

       Plaintiff,

vs.

BANK OF AMERICA, N.A.,

       Defendant.

_____/

## CERTIFICATION OF NO THIRD-PARTY LITIGATION FUNDING

BANK OF AMERICA, N.A., by and through undersigned counsel, hereby certifies as follows:

I have reviewed the Standing Order Requiring Disclosure of Third-Party Litigation Funding. After diligent inquiry, I certify that Bank of America, N.A. has not received any third-party funding at this time but I understand the continuing duty to supplement imposed by the Standing Order.

Respectfully submitted,

/s/ *Marc T. Parrino*
MARC T. PARRINO
Florida Bar No. 18197
Email: mtp@lgplaw.com
SAHILY SERRADET
Florida Bar No. 077620
E-mail: ss@lgplaw.com
*Attorneys for Bank of America, N.A.*
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130 (305) 379-0400

**CASE NO. 26-CV-01354-AGM-DCI**

> 44 West Flagler Street
> Miami, FL 33130
> Telephone: (305) 379-0400
> Fax: (305) 379-9626

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2026, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

> */s/ Marc T. Parrino*
> MARC T. PARRINO