# EXHIBIT A

## Bank of America Claim Denial Letter and Attached TD Bank Records

Claims Resolution, TX2-979-02-53
PO Box 660306
Dallas TX 75266-0306

Update On Your Claim

Account ending in 5536
Date June 4, 2026
Claim number: 260423537331
Amount: $983.50

### Benjamin, we're unable to approve your recent claim.

Our research included the information you provided with your claim, your account history, the monthly account statements we sent you and if available, information from the merchant, such as a signed receipt or contract. We made this decision because:

TD BANK ORLANDO FL provided documentation showing the transaction is valid, and we've included it for your records.

If you have additional details or supporting documents related to this dispute, please contact us as soon as possible.

#### What's next

The credit(s) for $983.50 that was applied to your account will be removed on June 18, 2026, along with any credit(s) for fees related to this claim - you'll see the adjustment(s) on your monthly statement.

#### For updates on your claim

If you'd like copies of the documents we used to make this decision, please call us at 1.877.337.4230, Monday through Friday, from 8 a.m. to 5 p.m. Eastern. Please have your claim number when you call.

Thank you for your patience during our review.



merged_file_name

CB-78243810701

```
REPORT : SMB0247B - 00                                SETTLEMENT MANAGER                                PAGE
                                                    ACQUIRER ACTIVITY REPORT                            CYCLE DATE
ACQUIRER ENTITY: W04                                       TD BANK
   GROUP/REGION:      /
     ORIGINATOR:
ATM TERMINAL ID: TW04C025
TERMINAL ADDRESS: 2401 S ORANGE AVE          ORLANDO          FL

 PRIMARY ACCT NUM   DATE     TIME        TRAN CD/DESCR         RESP CD/DESCR  STL   FEES              CURRENCY
  NTWK SHARING ID   CLASS    AUTH   SI   ACQ SEQ       ACQ BUS  ACQ RTTN   BAT
                    ISSUER ENTITY        ISS SEQ       ISS BUS  ISS RTTN    PPQ TPQ
                               COIN  FROM ACCOUNT               TO ACCOUNT
---------------------------------------------------------------------------------------------------------------
3371                04/15 15:58:27 200001-B/DEP TO CK    000/APPROVED       1 NCD/TSUR:    0.00CR   TRAN: 840
 ONUS               00    031793  5 000000003286  04/15  9840149244             PROC:    0.000CR  SETL: 840
                    W04                           04/15  9840149244   M   D      TRAN:    0.000CR  FROM: 840
                                  5                                          NCD/SSUR:    0.00CR   TO  : 840

3321                04/15 16:02:33 200001-B/DEP TO CK    000/APPROVED       1 NCD/TSUR:    0.00CR   TRAN: 840
 ONUS               00    586558  5 000000003287  04/15  9840149244             PROC:    0.000CR  SETL: 840
                    W04                           04/15  9840149244   M   D      TRAN:    0.000CR  FROM: 840
                                  5                                          NCD/SSUR:    0.00CR   TO  : 840

6087                04/15 16:05:18 200001-B/DEP TO CK    000/APPROVED       1 NCD/TSUR:    0.00CR   TRAN: 840
 ONUS               00    238193  5 000000003288  04/15  9840149244             PROC:    0.000CR  SETL: 840
                    W04                           04/15  9840149244   M   D      TRAN:    0.000CR  FROM: 840
                                  5                                          NCD/SSUR:    0.00CR   TO  : 840

7263                04/15 16:13:43 100100  /WD FROM CK   102/SUSPECT FRAUD 1 NCD/TSUR:    0.00CR   TRAN: 840
 PLUS               00            7 000000003289  04/15  9840149244             PROC:    0.000CR  SETL: 840
                    PLUS                          04/15  9000002202   M   D      TRAN:    0.000CR  FROM: 840
                                  5 0                    0                   NCD/SSUR:    0.00CR   TO  : 840

7263                04/15 16:14:52 103100  /WD FROM CC   102/SUSPECT FRAUD 1 NCD/TSUR:    0.00CR   TRAN: 840
 PLUS               00            7 000000003290  04/15  9840149244             PROC:    0.000CR  SETL: 840
                    PLUS                          04/15  9000002202   M   D      TRAN:    0.000CR  FROM: 840
                                  5 0                    6                   NCD/SSUR:    0.00CR   TO  : 840

7263                04/15 16:15:22 100100  /WD FROM CK   102/SUSPECT FRAUD 1 NCD/TSUR:    0.00CR   TRAN: 840
 PLUS               00            7 000000003291  04/15  9840149244             PROC:    0.000CR  SETL: 840
```

merged_file_name

CB-782438107-02

| ID | Name |
|---|---|
| 000 | Approved = (CASH DISPENSED) |
| 001 | Honor With Identification |
| 002 | Approved For Partial Amount |
| 003 | Approved (VIP) |
| 004 | Approved, Update Track 3 |
| 005 | Approved, Account Type Set By Card Issuer |
| 006 | Approved For Partial Amt, Acct Type Set By Issuer |
| 007 | Approved, Update ICC |
| 009 | Approved with overdraft |
| 010 | Purchase only approval,for purchase with cash back |
| 015 | Valid account but amount not supported |
| 080 | Allowable number of PAN entries warning |
| 081 | Qualified approval;funds not immediately available |
| 100 | Do Not Honor |
| 101 | Expired Card |
| 102 | Suspected Fraud |
| 103 | Card Acceptor Contact Acquirer |
| 104 | Restricted Card |
| 105 | Card acceptor call acquirer's security department |
| 106 | Allowable PIN tries exceeded |
| 107 | Refer to card issuer |
| 108 | Refer to card issuer's special conditions |
| 109 | Invalid Merchant |