# EXHIBIT B

## TransUnion Consumer Disclosure - Regular Inquiry by Bank of America dated May 6, 2024

**Personal Credit Report for:**
**BENJAMIN TARVER**

**File Number:**

███████████

**Date Created:**
**05/02/2026**

Visit transunion.com/dispute to start a dispute online.

If you are experiencing a financial hardship related to a publi health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help ⌐.

## ⋒ Personal Information

You have been on our files since 09/01/1990 . Your SSN has been masked for your protection.

Personal Information

**Credit Report Date**

05/02/2026

**Social Security Number**

████████████

**Date of Birth**

██████████

Name

BENJAMIN DERAY TARVER JR

## Also Known As

AKA

BENJAMIN TARBER

AKA

BENJAMIN DE RAY TARVER

## Addresses

| | |
|---|---|
| Responsibility | Individual Account |
| Account Type | Revolving Account |
| Loan Type | CREDIT CARD |
| Balance | 0 |
| Date Updated | 12/21/2021 |
| Payment Received | $0 |
| High Balance | $0 |
| Credit Limit | $700 |
| Pay Status | Paid, Closed; was Paid as agreed |
| Terms | Paid Monthly |
| Date Closed | 12/02/2021 |
| Remarks | Account closed at consumer's request; CLOSED |

**Payment History**

November 2021

Rating
**OK**

Total Months: 1

ⓘ **Inquiries**

## Regular Inquiries

Regular Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These

PO BOX 15298                          05/07/2024
WILMINGTON, DE 19850

Phone                                Inquiry Type
(800) 432-3117                        Individual

----------------------------------------------------------------------------------

**BANK OF AMERICA**

Location                             Requested On
PO BOX 982238                        05/06/2024
EL PASO, TX 79998

Phone                                Inquiry Type
(800) 421-2110                       Individual

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with·you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries. certain collection companies may have access to other collection company inquiries. and users of a report for employment purposes may have access to other employment inquiries. where permitted by law).

**Name**

**CREDITWISE CAPITAL1 TU-C**

Location                             Requested On
CAPITAL ONE PO BOX 30285PO           05/01/2026
BOX 85870
SALT LAKE CITY, UT 84130

Phone
(800) 227-4825

----------------------------------------------------------------------------------

**TRANSUNION CONSUMER INTE**

Location                             Requested On
760 MARKET STREET 10TH               05/01/2026
FLOOR
SAN FRANCISCO, CA 94102

Phone
(844) 580-6816

----------------------------------------------------------------------------------

**CAPITAL ONE**

Location                             Requested On
P O Box 31293                        04/30/2026
Salt Lake City, UT 84131

25